In the Matter of Ronnie Covington, Appellant, v Brian Fischer, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted May 1, 2017; decided June 8, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge FAHEY taking no part.